**UNITED STATES BANKRUPTCY COURT**  **EASTERN DISTRICT OF PENNSYLVANIA**

In re:   Larry and Sheila Thomas            Debtor  Case No: 14-18590 amc
**AMENDED CHAPTER 13 PLAN**

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of $1236.00 monthly for the remaining period of 48 months.  The debtor has paid the amount of $9410.00 over the first 12 months of the plan.
Total plan base:       $68,738.00
Total plan length:    60 months

2. From the payments so received, the trustee shall make disbursements as follows:
 (A) Full payment in deferred cash payments of all claims entitled priority under
  11 U.S.C. Section 507.
  Balance of Legal Fees of $3500.00 be paid to Daniel W. McCartney, Esquire
  Payment of legal fees for any post-confirmation services rendered in the administration and the prosecution of this case shall be paid as an administrative expense pursuant to and "Order for Allowance of Supplemental Compensation" unless paid by the debtor outside the plan.

 (B) Holders of allowed secured claims shall retain the liens securing such claims
  and shall be paid as follows:

 The Pennsylvania Department of Revenue to be paid the amount $1034.39 per
  filed priority proof of claim.

  Wells Fargo Mortgage Arrears to be paid arrears in the amount of $54,485.56, post-petition payments to be made directly by debtor.

  Upper Merion Township to be paid in full per filed proof of claim.

  All other secured claims, if any,  will be paid OUTSIDE OF PLAN

 (C) Subsequent to dividends to secured creditors, dividends to unsecured creditors
  whose claims are filed shall be paid as follows:
  Unsecured Creditors shall be paid pro rata.

 Any unexempt proceeds from the parties' pending personal injury matter shall be paid into the chapter 13 plan and distributed to the unsecured creditors pro rata.

3. The following executory contracts of the debtor are rejected: NONE

      I (we) hereby give Daniel W. McCartney, Esquire the Power of Attorney to amend this Plan by way of addendum by increasing the above monthly payment amount or by extending the duration of the plan up to a total of sixty months as may be necessary to make said plan feasible.

Dated: November 18, 2015        debtor:/s/    Larry Thomas

Dated: November 18, 2015        debtor:/s/    Sheila Thomas